**Order entered July 24, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00061-CV

**BILLY & AUDRA DRAPER, Appellants**

**V.**

**AJ & SAL ENTERPRISES, LLC, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-06758-E**

## ORDER

Before the Court is appellants' July 23, 2018 second motion for extension of time to file brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than September 6, 2018. We caution that further extension requests will be disfavored.

/s/     DAVID EVANS
          JUSTICE